| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Movie Grill Concepts XLIV, LLC |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 20-32653 |

☒ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From filing date to the conversion date:** | From 10/24/2020 to 3/31/2021 | ☐ Operating a business | $83,457.36 |
| **From the beginning of the fiscal year to filing date:** | From 1/1/2020 to 10/23/2020 | ☒ Operating a business ☐ Other: _____ | $70,457.64 |
| **For prior year:** | From 1/1/2019 to 12/31/2019 | ☒ Operating a business ☐ Other: _____ | $_____ |
| **For the year before that:** | From 1/1/2018 to 12/31/2018 | ☒ Operating a business ☐ Other: _____ | $_____ |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to _____ | | $_____ |
| | From _____ to _____ | | $_____ |
| | From _____ to _____ | | $_____ |

| Debtor | **Movie Grill Concepts XLIV, LLC** | Case number *(if known)* **20-32653** |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 04/01/2022 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>_____<br>_____ | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 04/01/2022 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>_____<br>_____ | _____ | $_____ | _____ |

| Relationship to debtor |
|---|
| _____ |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>_____<br>_____ | _____ | _____ | $_____ |

---

Debtor    **Movie Grill Concepts XLIV, LLC**                                          Case number *(if known)* **20-32653**

---

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> _____ <br> _____ <br> _____ | _____ <br><br><br> Last 4 digits of account number: XXXX–_____ | _____ | $_____ |

Debtor    **Movie Grill Concepts XLIV, LLC**                                   Case number *(if known)* **20-32653**

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.  DYCUS, ANDREA | CUT | _____<br>Address Intentionally Omitted | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>N/A | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.2.  LETTER FROM CTI SURFACES, INC. RE PRE-LIEN ADDRESSED TO STUDIO MOVIE GRILL, READY CONSTRUCTION, STREET LEVEL INVESTMENTS | SUB CLAIM | CTI SURFACES, INC.<br>ATTN: JUDY GILLUM<br>P.O. BOX 251425<br>PLANO TX 75025 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>NONE | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.3.  PRE-LIEN ATTY LETTER ON BEHALF OF EASTERN PLUMBING SUPPLY COMPANY GP, LLC TO FILE AGAINST SEC CTR & MCP, LP, MOVIE GRILL CONCEPTS DBA STUDIO MOVIE GRILL | SUB CLAIM | MISTI L. BEANLAND, MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, L.L.P.<br>8131 LBJ FREEWAY<br>SUITE 700<br>DALLAS TX 75251 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>NONE | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.4.  PRE-LIEN LETTER FROM B&S WELDING STEEL ERECTION -- MOVIE GRILL CONCEPTS XLIV, LLC | SUB CLAIM | B&S WELDING STEEL ERECTION<br>5297 BIG SIX STREET<br>SUITE C<br>ALVARADO TX 76009 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>NONE | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.5.  PRE-LIEN LETTER FROM ENNIS STEEL INDUSTRIES, INC. -- MOVIE GRILL CONCEPTS XLIV, LLC | SUB CLAIM | ENNIS STEEL INDUSTRIES, INC.<br>P.O. BOX 1360<br>ENNIS TX 75120 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>NONE | | | |

Debtor    **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. PRE-LIEN NOTICE SENT BY ACCURATE LIEN ON BEHALF OF SUNSTATE EQUIPMENT CO LLC - - SEC CTR & MCP LP AND STUDIO MOVIE GRILL | SUB CLAIM | SUNSTATE EQUIPMENT CO. 5552 E. WASHINGTON PHOENIX AZ 85034 | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| NONE |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. SEC CTR & MCP, LP | DEFAULT AND DEMAND FOR PAYMENT | | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| NONE |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. AIR-KRAFT MECHANICAL, LLC | DEMAND LETTER AND LIEN FILING | | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| NONE |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.9. REGENCY LIGHTING | AFFIDAVIT OF MECHNICS LIEN | | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| NONE |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. INORCA SAS | PETITION AGAINST FORMER PARENT COMPANY FOR FORMER THEATER SEATS | | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| NONE |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.11. D&D CABLING SOLUTIONS | AFFIDAVIT OF MECHANICS LIEN | | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| NONE |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. CARPENTRY ASSOCIATES | DEMAND FOR PAYMENT | | ☑ Pending ☐ On appeal ☐ Concluded |

**Case number**

Debtor   **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13. CHANDLER SIGNS | AFFIDAVIT OF LIEN | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. MCSWEENEY COMMERCIAL PAINTING | AFFIDAVIT OF MECHANICS LIEN | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15. READY CONSTRUCTION | AFFIDAVIT OF MECHANICS LIEN | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.16. NORTH TEXAS FIRE PROTECTION, LLC | AFFIDAVIT OF MECHANICS LIEN | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.17. REDDEN CONCRETE, INC. | NOTICE OF PRIORITY INTEREST | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.18. COMMERCIAL METALS COMPANY | DEMAND FOR PAYMENT | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.19. STADIUM SEATING ENTERPRISES, INC. | AFFIDAVIT OF MECHANIC LIEN | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

NONE

Debtor   **Movie Grill Concepts XLIV, LLC**                                             Case number *(if known)* **20-32653**

---

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
   hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|

8.1. _____     _____     $_____

   _____

   | | **Case title** | **Court name and address** |
   |---|---|---|

   _____     _____

   _____     _____

   | | **Case number** | |

   _____     _____

   | | **Date of order or assignment** | |

   _____

Debtor   **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> _____ <br> _____ <br> _____ | _____ | _____ | $_____ |

| Recipient's relationship to debtor |
|---|
| _____ |

Debtor    **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | $_____ | _____ | $_____ |

Debtor    **Movie Grill Concepts XLIV, LLC**                                   Case number *(if known)* **20-32653**

| **Part 6:** | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1. | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    **Movie Grill Concepts XLIV, LLC**                                             Case number *(if known)* **20-32653**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.   SEC CTR & MCP, LP | FURNITURE AND FIXTURES | 4/2/21 | $ 430,000 |

**Address**

5950 BERKSHIRE LN, STE 700
DALLAS, TX 75225

**Relationship to debtor**

LANDLORD

**Who received transfer?**

| | | | |
|---|---|---|---|
| 13.2.   STUDIO MOVIE GRILL - ARLINGTON | PERISHABLE FOOD AND BEVERAGE | 1/22/21 | $ 6,400.09 |

**Address**

225 MERCHANT ROW
ARLINGTON, TX 76018

**Relationship to debtor**

RELATED ENTITY

Debtor    **Movie Grill Concepts XLIV, LLC**                                   Case number *(if known)* **20-32653**

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. _____ | From _____ To _____ |

Debtor    **Movie Grill Concepts XLIV, LLC**                                      Case number *(if known)* **20-32653**

| Part 8: | Healthcare Bankruptcies |
|---------|-------------------------|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____ | | |
| _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?** |
| _____ | _____ | Check all that apply: |
| | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

Debtor    **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No

☑ Yes. State the nature of the information collected and retained. CUSTOMER NAMES, PHONE NUMBERS, ADDRESS AND E-MAIL ADDRESSES FOR LOYALTY ACCOUNTS AND SPECIAL EVENT ACCOUNTS. FIRST 6 DIGITS AND LAST 4 DIGIT OF CREDIT CARD NUMBERS ON ALL CREDIT CARD TRANSACTIONS. WE DO NOT RETAIN COMPLETE CREDIT CARD NUMBERS

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

---

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ None. Go to Part 10.

☐ Yes. Fill in the information below.

17.1. Does the debtor serve as plan administrator?

☐ No

☐ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __-__ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ No

Debtor    **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | _____ _____ _____ | XXX-_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Name and address of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- | --- |
| 19.1. | _____ _____ _____ | _____ _____ _____ | _____ | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Depository institution name and address | Name and address of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- | --- |
| 20.1. | _____ _____ _____ | _____ _____ _____ | _____ | ☐ No<br>☐ Yes |

Debtor    **Movie Grill Concepts XLIV, LLC**

Case number *(if known)* **20-32653**

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1. | CES+<br>2330 NW 102ND PL<br>DORAL, FL 33172 | STUDIO MOVIE GRILL -<br>CHISHOLM TRAIL | 2 PROJECTORS | $50,000.00 |
| 21.2. | MOVIE GRILL CONCEPTS XXX, LLC<br>12404 PARK CENTRAL DR, STE 400N<br>DALLAS, TX 75251 | STUDIO MOVIE GRILL - | 2 PROJECTORS | $ 50,000.00 |

Debtor    **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

|       | **Case title** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|-------|----------------|--------------------------------------|------------------------|--------------------|
| 22.1. | _____ | _____ | _____ | ☐ Pending |
|       | **Case number** | _____ | | ☐ On appeal |
|       | _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

|       | **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|-------|---------------------------|-----------------------------------------|----------------------------------|--------------------|
| 23.1. | _____ | _____ | _____ | _____ |
|       | _____ | _____ | | |
|       | _____ | _____ | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

|       | **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|-------|---------------------------|-----------------------------------------|----------------------------------|--------------------|
| 24.1. | _____ | _____ | _____ | _____ |
|       | _____ | _____ | | |
|       | _____ | _____ | | |

Debtor    **Movie Grill Concepts XLIV, LLC**                                     Case number *(if known)* **20-32653**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>_____<br>_____<br>_____ | _____ | EIN: __ __-__ __ __ __ __ __ __ |
| | | | **Dates business existed** |
| | | | From _____  To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | DENISE LYTLE<br>Address Intentionally Omitted | From 4/8/2019 To Present |
| | **Name and address** | **Dates of service** |
| 26a.2. | RACHEL EVANS<br>Address Intentionally Omitted | From 3/20/2017 To 2/22/2019 |
| | **Name and address** | **Dates of service** |
| 26a.3. | TED CROFT<br>Address Intentionally Omitted | From 8/1/2011 To 7/3/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | BAKER TILLY<br>2500 DALLAS PARKWAY, STE 300<br>PLANO TX 75093 | From 01/2020 To Present |
| | **Name and address** | **Dates of service** |
| 26b.2. | MONTGOMERY COSCIA GREILICH LLP<br>2500 DALLAS PARKWAY, STE 300<br>PLANO TX 75093 | From 01/2011 To 12/2019 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | DENISE LYTLE<br>Address Intentionally Omitted | _____ |

Debtor    **Movie Grill Concepts XLIV, LLC**                                          Case number *(if known)* **20-32653**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    STUDIO MOVIE GRILL HOLDINGS, LLC<br>12404 PARK CENTRAL DRIVE, SUITE 400N<br>DALLAS TX 75251 | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.    _____<br>_____<br>_____<br>_____ |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    MATT LINDSEY | 2/2/2021 | $2,133.05  (Cost Basis) |
| **Name and address of the person who has possession of inventory records** | | |
| CASEY HUDSON<br>5413 SIERRA SPRINGS LANE<br>FORT WORTH TX 76123 | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.2.    MATT LINDSEY | 12/29/2020 | $11,760.40  (Cost Basis) |
| **Name and address of the person who has possession of inventory records** | | |
| CASEY HUDSON<br>5413 SIERRA SPRINGS LANE<br>FORT WORTH TX 76123 | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and address | Position | Nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1.    BRIAN E. SCHULTZ<br>12404 PARK CENTRAL DRIVE, SUITE 400N<br>DALLAS TX 75251 | CEO, PRESIDENT, AND SECRETARY | N/A | N/A |

Debtor   **Movie Grill Concepts XLIV, LLC**                                           Case number *(if known)* **20-32653**

| Name and address | Position | Nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.2. STUDIO MOVIE GRILL HOLDINGS, LLC<br>12404 PARK CENTRAL DRIVE, SUITE 400N<br>DALLAS TX 75251 | PARENT CORP | COMMON STOCK | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and address | Position | Nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1. TED CROFT<br>Address Intentionally Omitted | CFO AND TREASURER | N/A | From 8/1/2011 To 7/3/2020 |
| 29.2. BRIAN SCHULTZ<br>Address Intentionally Omitted | CEO, PRESIDENT & SECRETARY | N/A | From 8/1/2011 To 10/22/2020 |
| 29.3. WILLIAM K. SNYDER<br>Address Intentionally Omitted | CRO | N/A | From 10/23/2020 To 3/31/2021 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below

| Name and address of recipient | Amount of money or value of property | Description of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. _____<br>_____<br>_____<br>_____ | $_____ | _____ | _____ | _____ |
| **Relationship to debtor**<br>_____ | | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1. OHAM HOLDINGS, LLC | EIN: 83-4100966 |

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.2. STUDIO MOVIE GRILL HOLDINGS, LLC | EIN: 45-3516546 |

Debtor   **Movie Grill Concepts XLIV, LLC**                                    Case number *(if known)* **20-32653**

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1. _____ | EIN: __ __-__ __ __ __ __ __ |
| _____ | |
| _____ | |
| _____ | |

Debtor   **Movie Grill Concepts XLIV, LLC**                                     Case number *(if known)* **20-32653**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on    05/28/2021                    **x**    /s/ Ted Croft
               MM/DD/YYYY                              Signature of individual signing on behalf of debtor

                                                      Ted Croft
                                                      Printed name

                                                      CEO
                                                      Position or relationship to debtor


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes