**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 20-32653-SGJ | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | MOVIE GRILL CONCEPTS XLIV, LLC | Date Filed (f) or Converted (c): | 10/23/2020 (f) |
| For the Period Ending: | 9/16/2022 | §341(a) Meeting Date: | 05/11/2021 |
| | | Claims Bar Date: | 09/07/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  DRAWER CASH AT THEATERS- SMG-CHISHOLM TRAIL RANCH | $0.00 | $0.00 | | $0.00 | FA |
| 2  CAPITAL ONE, TEXAS THEATER DEPOSITORY 8945 | $430,000.00 | $430,000.00 | | $429,981.74 | FA |
| 3  UTILITY DEPOSIT FORT WORTH CITY CUSTOMER SERVICE 920 FOURNIER ST FORT WORTH TX 76102 | $820.00 | $820.00 | | $0.00 | FA |
| 4  C N A INSURANCE - LIABILITY | $0.00 | $0.00 | | $0.00 | FA |
| 5  C N A INSURANCE - AUTO | $0.00 | $0.00 | | $0.00 | FA |
| 6  C N A INSURANCE - WORKERS COMPENSATION | $0.00 | $0.00 | | $0.00 | FA |
| 7  C N A SPECIALTY INSURANCE - $10 M EXCESS LIABILITY - 3RD LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 8  CHUBB INSURANCE - CYBER | $0.00 | $0.00 | | $0.00 | FA |
| 9  CHUBB INSURANCE - $5M EXCESS LIABILITY - 2ND LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 10 CHUBB INSURANCE - CRIME | $0.00 | $0.00 | | $0.00 | FA |
| 11 CHUBB INSURANCE - DIRECTORS & OFFICERS LIABILTY | $0.00 | $0.00 | | $0.00 | FA |
| 12 CHUBB INSURANCE - FIDUCIARY LIABILITY | $0.00 | $0.00 | | $0.00 | FA |
| 13 CHUBB INSURANCE - EMPLOYMENT PRACTICES LIABILITY | $0.00 | $0.00 | | $0.00 | FA |
| 14 ENDURANCE INSURANCE - EXCESS D&O - $1M | $0.00 | $0.00 | | $0.00 | FA |
| 15 LIBERTY MUTUAL INSURANCE - PROPERTY INCL LEASED & RENTED EQUIPMENT | $0.00 | $0.00 | | $0.00 | FA |
| 16 LLOYDS OF LONDON INSURANCE - EARTHQUAKE - $10M LAYER | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 20-32653-SGJ | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | MOVIE GRILL CONCEPTS XLIV, LLC | Date Filed (f) or Converted (c): | 10/23/2020 (f) |
| For the Period Ending: | 9/16/2022 | §341(a) Meeting Date: | 05/11/2021 |
| | | Claims Bar Date: | 09/07/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17  LLOYD'S OF LONDON INSURANCE - FLOOD - PEARLAND | $0.00 | $0.00 | | $0.00 | FA |
| 18  QBE INSURANCE - EARTHQUAKE - $10M LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 19  STARSTONE INSURANCE - EXCESS D&O - $2M | $0.00 | $0.00 | | $0.00 | FA |
| 20  TRAVELERS INSURANCE - $5M EXCESS LIABILITY - 1ST LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 21  VOYAGER INSURANCE - FLOOD - SELECTED LOCATION | $0.00 | $0.00 | | $0.00 | FA |
| 22  VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$430,820.00           $430,820.00                          $429,981.74                   $0.00

**Major Activities affecting case closing:**

09/16/2022    Trustee has recovered all known assets and is monitoring/assisting in adversary to determine lien priorities on remaining funds and then expects to file his final report shortly thereafter.

**Initial Projected Date Of Final Report (TFR):**   05/31/2023    **Current Projected Date Of Final Report (TFR):**    /s/ JEFFREY H. MIMS

JEFFREY H. MIMS
TRUSTEE